IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00626-BNB

MARCOS GARCIA FLORES,

    Applicant,

v.

MARK BROADDUS, Warden, BVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2007

GREGORY C. LANGHAM
            CLERK

---

ORDER TO DISCHARGE SHOW-CAUSE ORDER

---

On April 20, 2007, the court ordered Applicant to show cause why the instant habeas corpus application should not be denied as a mixed petition for failure to exhaust state court remedies. The court noted that Applicant alleges in the habeas corpus application that he has fairly presented only three of his five claims to the Colorado Supreme Court. On May 17, 2007, Applicant filed his response to the show cause order. In that response, Applicant states that he is withdrawing the two unexhausted claims, the fourth and fifth claims for relief in the application, and proceeding only on his first three claims. Therefore, based on Applicant's allegation in the application that he has exhausted state court remedies for his first three claims, the application will not be denied at this time for failure to exhaust state court remedies. The April 20 show-cause order will be discharged. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on April 20, 2007, is discharged.

DATED May 18, 2007, at Denver, Colorado.

                                                              BY THE COURT:

                                                                s/ Boyd N. Boland
                                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00626-BNB

Marcos Garcia Flores
Prisoner No. 113667
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/18/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk