FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-00626 WDM-KLM

MARCOS GARCIA FLORES,

    Applicant,

vs.

MARK BROADDUS, Warden BVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 19th day of April, 2010.

BY THE COURT:

Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00626 WDM-KLM

Pitkin County Court
506 E. Main St. Ste 300
Aspen, CO 81611

Marcos Garcia Flores
# 113667
Buena Vista Correctional Complex-Main & Boot Camp
(BVCC)
P.O. Box 2017
Buena Vista, CO 81211

Katherine Anne Hansen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/23/10.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk